DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

|  |  |
|---|---|
| ISSAC BRACY, )<br>  )<br>    Plaintiff, )<br>  )<br>  v. )<br>  )<br>LORNA MARVINNY, )<br>  )<br>    Defendant. )<br>_____) | Civil Action No. 2020-0036 |

**Appearances:**
**Issac Bracy,** *Pro Se*
St. Croix, U.S.V.I.

**Gaylin Vogel, Esq.,**
St. Thomas, U.S.V.I.
 *For Defendant*

## ORDER

**UPON CONSIDERATION** of Magistrate Judge Emile A. Henderson III's Report and Recommendation (Dkt. No. 36) recommending that this matter be dismissed, and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Magistrate Judge Emile A. Henderson III's Report and Recommendation (Dkt. No. 36) is **ADOPTED** as modified in the accompanying Memorandum Opinion; and it is further

**ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE** for failure to prosecute; and it is further

**ORDERED** that Defendant's Motion to Dismiss (Dkt. No. 11) is **DENIED AS MOOT**; and it is further

2

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED.**


Date:   December 9, 2022                                      _____/s/_____
                                                                                                  WILMA A. LEWIS
                                                                                                  District Judge